# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LILYSCOTTE, LLC., a California limited liability company; KURT RAYMER SHUMAN, individually and as trustee of the GLADYS R. SHUMAN TESTAMENTARY TRUST CREATED DECEMBER 2, 1960; GILBERT RAYMER SHUMAN and KURT RAYMER SHUMAN, individually and as co-trustees of the GILBERT E. SHUMAN TESTAMENTARY TRUST CREATED JANUARY 2, 1963; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-00186-JLS-DFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1 | After consideration of the Joint Stipulation for Dismissal of the Entire Action
2 | with Prejudice (Doc. 33) filed by Plaintiff James Rutherford ("Plaintiff") and
3 | Lilyscotte, LLC., Kurt Raymer Shuman, and Gilbert Raymer Shuman
4 | ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's
5 | Complaint in the above-entitled action, in its entirety. Each party shall bear his or its
6 | own costs and attorneys' fees.
7 | IT IS SO ORDERED.

DATED: September 07, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE